# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MARK A. DAVIS & LISA D. DAVIS          Case Number: 07-72469
5119 SHORE DRIVE                         SSN-xxx-xx-7239 & xxx-xx-0299
MCHENRY, IL  60050

Case filed on:        10/12/2007
Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,742.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 3,774.00 | 3,774.00 | 420.55 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 420.55 | 0.00 |
| 006 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | MELISSA CAMPBELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MELLISSA ALLEX | 45,687.92 | 45,687.92 | 0.00 | 0.00 |
|  | Total Priority | 45,687.92 | 45,687.92 | 0.00 | 0.00 |
| 999 | MARK A. DAVIS | 0.00 | 0.00 | 476.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 476.00 | 0.00 |
| 002 | WASHINGTON MUTUAL BANK | 159,425.76 | 0.00 | 0.00 | 0.00 |
| 005 | RODNEY COOK | 4,500.00 | 4,500.00 | 750.00 | 0.00 |
|  | Total Secured | 163,925.76 | 4,500.00 | 750.00 | 0.00 |
| 001 | CODILIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HARLEY-DAVIDSON CREDIT | 8,138.00 | 8,138.00 | 0.00 | 0.00 |
| 008 | B-REAL LLC | 37.00 | 37.00 | 0.00 | 0.00 |
|  | Total Unsecured | 8,175.00 | 8,175.00 | 0.00 | 0.00 |
|  | Grand Total: | 221,562.68 | 62,136.92 | 1,646.55 | 0.00 |

Total Paid Claimant:      $1,646.55
Trustee Allowance:        $95.45              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00              discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008          By  /s/Heather M. Fagan